IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| FLOYD MARSHALL, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO.: CV-07-03 |
| | * |
| RANDALL KRAIG BOBO; And | * |
| PRECISION MOVERS, INC.; | * |
| | * |
| Defendants. | * |

## NOTICE OF REMOVAL

TO:  Ms. Kathy Coulter, Clerk
Russell County Circuit Court
Post Office Box 518
Phenix City, Alabama 36868-0518

Dustin T. Brown
Attorney For Plaintiff
DAUGHTERY, CRAWFORD, FULLER & BROWN, LLP
Post Office Box 1118
Columbus, Georgia 31902

PLEASE TAKE NOTICE that the Defendants in this case, Precision Movers, Inc., and Randall Kraig Bobo, have this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Done this 17th day of January, 2007.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

### CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Dustin T. Brown
Attorney For Plaintiff
DAUGHTERY, CRAWFORD FULLER
    & BROWN, LLP
Post Office Box 1118
Columbus, Georgia 31902

This the 17th day of January, 2007.

_____
OF COUNSEL