IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FLOYD MARSHALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CV No. 3:07-CV-00056-WKW-SWR |
| | * | |
| RANDALL KRAIG BOBO; And | * | |
| PRECISION MOVERS, INC.; | * | |
| | * | |
| Defendants. | * | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, Precision Movers, Inc., by and through counsel, hereby provides the following Corporate Disclosure Statement pursuant to Federal R. Civ. P. 7.1.

Precision Movers does not have any parent corporations and has no subsidiary companies. Precision Movers is not a publically traded corporation and there are no publically held corporations that own 10% or more of Precision Mover's stock.

This, the 1st day of February, 2007.

/s/Alex Holtsford
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant Precision Movers

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

>Dustin T. Brown
>Attorney For Plaintiff
>DAUGHTERY, CRAWFORD, FULLER
>    & BROWN, LLP
>Post Office Box 1118
>Columbus, Georgia 31902

This, the 1st day of February, 2007.

                                        /s/Alex Holtsford_____
                                        ALEX L. HOLTSFORD, JR.