IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FLOYD MARSHALL | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.:  3:07-CV-00056-WKW-SWR |
| | * | |
| RANDALL KRAIG BOBO and, | * | |
| PRECISION MOVERS, INC. | * | |
| | * | |
|     Defendants. | * | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  __X__  There are no entities to be reported.

- or -

  _N/A_  The following entities are hereby reported:

    _____

    _____

This 6th day of March, 2007.

| | |
|---|---|
| DAUGHTERY, CRAWFORD, | /s/Dustin T. Brown_____ |
| FULLER & BROWN, LLP | DUSTIN T. BROWN |
| Post Office Box 1118 | Alabama Bar No. ASB-8224N51B |
| Columbus, GA  31902 | Attorney for Plaintiff, Floyd Marshall |
| Telephone:  706/320-9646 | |
| Facsimile:  706/494-0221 | |
| Email:  dustin@dcfblaw.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FLOYD MARSHALL | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 3:07-CV-00056-WKW-SWR |
| | * | |
| RANDALL KRAIG BOBO and, | * | |
| PRECISION MOVERS, INC. | * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF SERVICE**

This is to certify that on March 6, 2007, I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Mr. Alex L. Holtsford, Jr.
>Email: aholtsford@nixholtsford.com
>Nix Holtsford Gilliland Higgins &
>Hitson PC
>Post Office Box 4128
>Montgomery, AL 36103-4128

>DAUGHTERY, CRAWFORD,
>FULLER & BROWN, LLP


>/s/Dustin T. Brown
>DUSTIN T. BROWN
Post Office Box 1118              Alabama Bar No. ASB-8224N51B
Columbus, GA 31902             Attorney for Plaintiff, Floyd Marshall
Telephone: 706/320-9646
Facsimile: 706/494-0221
Email: dustin@dcfblaw.com

2