IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FLOYD MARSHALL, | * |
| Plaintiff, | * |
| vs. | *   CV No. 3:07-CV-00056-WKW-SWR |
| RANDALL KRAIG BOBO; And PRECISION MOVERS, INC.; | * |
| Defendants. | * |

**Proposed Discovery Plan**

1. In accordance with Federal Rule of Civil Procedure 26(f), the parties have agreed to the following Proposed Discovery Plan. The agreement was reached by and between the following attorneys:

> Dustin Brown for the Plaintiff Floyd Marshall;
>
> Alex Holtsford for the Defendants Randall Kraig Bobo and Precision Movers, Inc.

2. **Pre-Discovery Disclosures:** The parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1) within twenty (20) days of the Court's Scheduling Conference Order.

3. **Joinder of Parties and Amendments of Pleadings:** Plaintiff should be allowed until **June 1, 2007** to join additional parties and until **June 1, 2007** to amend the pleadings. Defendants should be allowed until **June 1, 2007** to join additional parties and until **June 1, 2007** to amend the pleadings.

4. **Discovery Plan:**   Discovery will be needed on questions of liability,

defenses, injuries, damages and other requested remedies.

    a.    Discovery shall be completed by **November 1, 2007**.

    b.    Each party may propound a maximum of forty-five (45) interrogatories to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 33.

    c.    Each party may propound a maximum of forty-five (45) requests for production to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 34.

    d.    There will be a maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendants.

    e.    Reports and complete *curriculum vitae* from experts expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from the Plaintiff by **June 15, 2007.**

    f.    Reports and complete *curriculum vitae* from expert expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from Defendants by **July 20, 2007**.

    g.    Each party will make experts available for deposition no later than six (6) weeks from disclosure.

    h.    Plaintiff's preliminary witness list is due **June 29, 2007.**

    i.    Defendants' preliminary witness list is due **July 16, 2007.**

4.    **Other Items**

    a.    The parties do not request a conference with the Court before entry of the Scheduling/Discovery Order.

    b.    All dispositive motions should be filed no later than sixty (60) days before the Pre-trial conference scheduled by the Court in this matter.

    c.    Each party shall file their final lists of witnesses no later than ninety (90) days prior to the pre-trial conference. Each party may seek leave of this Court to depose any witness not previously identified by the opposing party.

    d.    Each party's final lists of exhibits will be due six weeks prior to the trial date. Exhibits listed therein will be made available to the opposing counsel immediately upon request.

    e.    Parties must file objections to the opposing party's final list of witnesses and/or exhibits within 14 days of service.

5.    **Pre-trial conference:** The pre-trial conference in this matter shall be set thirty (30) days prior to the trial of this matter.

6.    <u>**Trial:**</u>   Trial of this matter is set for **March 24, 2008.** Trial of this matter is expected to take no more than three (3) days.

Respectfully, submitted this the 12th day of March, 2007.

                              /s/Alex Holtsford_____
                              ALEX L. HOLTSFORD, JR. (HOL048)
                              Attorney For Defendant Precision Movers and
                              Defendant Randall Kraig Bobo

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

/s/Dustin T. Brown
DUSTIN T. BROWN (ASB-8224N51B)

Attorney for Plaintiff Floyd Marshall

OF COUNSEL:

DAUGHTERY CRAWFORD FULLER
    &amp; BROWN, LLP
1430 Wynnton Road
Columbus, Georgia 31906