IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FLOYD MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-56-WKW |
| ) | |
| RANDALL KRAIG BOBO, and ) | |
| PRECISION MOVERS, INC., ) | |
| ) | |
| Defendants. ) | |

**Order**

It is ORDERED that Section 12 of the court's Scheduling Order (Doc. # 7) is AMENDED to the extent that the Report of the Parties' Planning Meeting is docketed as Document # 6 rather than Document # 10.

DONE this 11th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE