IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FLOYD MARSHALL | * |
| Plaintiff, | * |
| v. | *   CASE NO.: 3:07-cv-00056-WKW-SRW |
| RANDALL KRAIG BOBO and, PRECISION MOVERS, INC. | * |
| Defendants. | * |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiff Floyd Marshall and Defendants Randall Kraig Bobo and Precision Movers, Inc. and, pursuant to Rule 41(a)(1)(ii), hereby file this stipulation of dismissal without prejudice. *See* FED. R. CIV. P. 41(a)(1)(ii) ("action may be dismissed . . . without order of court . . . (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action").

This 21st day of June, 2007.

DAUGHTERY, CRAWFORD,
 FULLER & BROWN, LLP

Post Office Box 1118          /s/ Dustin T. Brown_____
Columbus, GA 31902          DUSTIN T. BROWN
Telephone: 706/320-9646   Alabama Bar No. ASB-8224N51B
Facsimile: 706/494-0221     **Attorney for Plaintiff, Floyd Marshall**
Email: dustin@dcfblaw.com

NIX HOLTSFORD GILLILAND
 HIGGINS & HITSON, P. C.

/s/ Alex L. Holtsford, Jr._____
ALEX L. HOLTSFORD, JR. (HOL048)
**Attorney For Defendant Precision Movers
and Defendant Randall Kraig Bobo**

Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FLOYD MARSHALL | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 3:07-CV-00056-WKW-SRW |
| | * | |
| RANDALL KRAIG BOBO and, | * | |
| PRECISION MOVERS, INC. | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel of record with a true and accurate copy of the foregoing document by [ ] Federal Express [ ] hand delivery [ **X** ] email and/or [ **X** ] by depositing it in the United States mail with adequate postage and addressed as follows:

> Mr. Alex L. Holtsford, Jr.
> Email: aholtsford@nixholtsford.com
> Ms. Brandy Price
> Email: bprice@nixholtsford.com
> Nix Holtsford Gilliland Higgins &
> Hitson PC
> Post Office Box 4128
> Montgomery, AL  36103-4128

This 21st day of June, 2007.

                                          DAUGHTERY, CRAWFORD,
                                          FULLER & BROWN, LLP

                                          /s/Dustin T. Brown  _____
                                          DUSTIN T. BROWN

Post Office Box 1118                       Alabama Bar No. ASB-8224N51B
Columbus, GA  31902                    Attorney for Plaintiff, Floyd Marshall
Telephone:  706/320-9646
Facsimile:  706/494-0221
Email:  dustin@dcfblaw.com